ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

---

KINGVISION PAY-PER-VIEW, LTD.,
as Broadcast Licensee of the NOVEMBER 8, 1997
HOLYFIELD/ MOORER Program,

Plaintiff,

-against-

**TODD AUSTIN and SHIRLENE RODRIGUEZ a/k/a SHIRLENEN AUSTIN, Individually and as officers, directors, shareholders and/or principals of TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL;**

**and**

**TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL**;

and

ROSIE L. DANIELS, Individually and as an officer, director, shareholders and/or principal of JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

and

JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

Defendants.

---

**NOTICE OF PARTIAL DISMISSAL**

Civil Case No. 00-CV-2425 DWF/AJB

**KINGVISION PAY-PER-VIEW, LTD.**, the plaintiff in the above entitled action, by its attorneys, pursuant to Rule 41 (a)(1)(i), hereby discontinues the within action specifically against the following defendants:

**TODD AUSTIN and SHIRLENE RODRIGUEZ a/k/a SHIRLENEN AUSTIN, Individually and as officers, directors, shareholders and/or principals of TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL;**

FILED MAR 12 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**and**

**TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL** with prejudice and without costs to either party as against the other. This partial dismissal does not effect the claims against the remaining defendants.

Dated: March 6, 2001
Ellenville, New York

LONSTEIN LAW OFFICE P.C.

By:__________________________

Julie Cohen Lonstein, Esq.
Bar Roll No. 506422
Attorneys for plaintiff
Office & PO Address
1 Terrace Hill: PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500

SO ORDERED THIS 12th day of March, 2001

__________________________
HON. DONOVAN W. FRANK

CERTIFICATION OF SERVICE

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

Todd & Shirlene Rodriguez-Austin
305 Morton St. W.
Saint Paul, MN 55107

[x] By US Postal Service,
On this 6th day of March, 2001

__________________________
JULIE COHEN LONSTEIN, ESQ.