**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KINGVISION PAY PER VIEW, LTD., as Broadcast Licensee of the November 8, 1997 Holyfield/Moorer program,

Plaintiff,

v.

ROSIE L DANIELS, individually and as an officer, director, shareholder and/or principal of JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB and JAZZVILLE, INC. d/b/a Jazzville a/k/a Jazzville Night Club,

Defendants.

Civil No. 00-2425 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 28 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________